## Commonwealth, Appellant, *v.* Lewis (No. 1).

*Criminal law—Sentence—County jail—Penitentiary—Obtaining property by false pretense.*

Upon a conviction for obtaining property by false pretense the statutory punishment is simple imprisonment, and therefore the legal place of confinement is the county jail.

In such a case if the court of quarter sessions sentences the prisoner to confinement in the penitentiary, the judgment will be reversed on the appeal of the commonwealth and the record remitted with direction "to proceed to sentence defendant anew in due order and according to law."

Argued Oct. 3, 1905. Appeal, No. 136, Oct. T., 1905, by plaintiff, from judgment of Q. S. Phila. Co., Sept. T., 1904, No. 468, on verdict of guilty in case of Commonwealth v. G. Lambert Lewis. Before RICE, P. J., ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Reversed.

Indictment for obtaining goods by false pretense. Before McMICHAEL, J.

At a trial the defendant pleaded guilty and the court sentenced him to the penitentiary for eight years on the three indictments against him.

*Error assigned* was the sentence of the court.

*Joseph H. Taulane,* assistant district attorney, with *John C. Bell,* district attorney.

No appearance nor paper-book for appellee.

PER CURIAM, October 23, 1905:

Upon a conviction for obtaining property by false pretense the statutory punishment is simple imprisonment, and therefore the legal place of confinement is the county jail: Com. v. Fetterman, 26 Pa. Superior Ct. 569. It follows that the sentence of the defendant to the penitentiary must be set aside; and under the circumstances we deem it proper to remit the record for sentence in conformity with the statute. It is to be presumed that in re-sentencing the defendant, the court will give due consideration to the punishment already suffered by him.

The sentence of the court of quarter sessions in this case is reversed and set aside, and the record is remitted to the said court with direction to proceed to sentence defendant anew in due order and according to law.